## 2150. BUSH v. THE STATE.

HILL, C. J. None of the assignments of error of law contain any merit. The case was fairly, fully, and accurately submitted to the jury by the charge of the court, and the verdict is amply supported by the evidence.

*Judgment affirmed.*

Indictment for keeping liquor, etc., from Muscogee superior court—Judge Gilbert. September 2, 1909.

Submitted October 6—Decided October 13, 1909.

*H. C. Mitchell, Wynn & Wohlwender,* for plaintiff in error.

*George C. Palmer, solicitor-general,* contra.